James C. Shah (SBN 260435)
SHEPHERD FINKELMAN MILLER
& SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: 610/891-9880
Facsimile: 610/891-9883
Email: jshah@sfmslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATTY ZELAYA, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEINER U.S. HOLDINGS, INC.,<br><br>Defendant. | Civil Action No. 12-0966 JVS (ANx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Katty Zelaya, voluntarily dismisses this action with prejudice.

Date: September 24, 2012        s/James C. Shah
                               JAMES C. SHAH (SBN 260435)
                               SHEPHERD FINKELMAN MILLER
                               & SHAH, LLP
                               35 East State Street
                               Media, PA 19063
                               Telephone: 610/891-9880
                               Facsimile: 610/891-9883
                               Email: jshah@sfmslaw.com

                               MAURIELLO LAW FIRM, APC
                               Thomas D. Mauriello (SBN 144811)
                               1181 Puerta Del Sol, Suite 120
                               San Clemente, CA 92673
                               Telephone: (949) 542-3555
                               Facsimile: (949) 606-9690
                               Email: tomm@maurlaw.com

| | |
|---|---|
| 1 | SHEPHERD FINKELMAN MILLER & SHAH, LLP |
| 2 | JAYNE A. GOLDSTEIN |
| 3 | NATHAN C. ZIPPERIAN<br>1640 Town Center Circle, Suite 216 |
| 4 | Weston, FL  33326<br>Telephone:  954/515-0123 |
| 5 | Facsimile: 954/515-0124<br>Email:  jgoldstein@sfmslaw.com |
| 6 | nzipperian@sfmslaw.com |
| 7 | Attorneys for Plaintiff |

- 2 -

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)